## CLARK *v.* THE STATE.

SIMMONS, C. J.  No error was committed in the admission of evidence. The evidence warranted the verdict, and the court below did not err in overruling the certiorari.    *Judgment affirmed.    All the Justices concurring.*

Submitted May 15, — Decided May 30, 1899.

Certiorari.    Before    Judge    Littlejohn.    Sumter    superior court.    March 14, 1899.

*Blalock & Cobb,* for plaintiff in error.
*F. A. Hooper, solicitor-general,* contra.